1 | **SCUDI JOHNSON & AYERS, LLP**
  | Morgan J.C. Scudi (# 013403)
2 | 5440 Morehouse Drive, Suite 4400
  | San Diego, CA 92121
3 | (858) 558-1001

4 | Attorneys for Defendants

<br>

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| SUNFED PRODUCE, L.L.C., an Arizona limited liability company, | CASE NO. CV-10-229 |
| Plaintiff, | **NOTICE OF REMOVAL OF ACTION [28 U.S.C SECTION 1441(a)]** |
| v. | |
| CONRADO ALBERTO VEGA TOSTADO; AGUSTIN LUIS VEGA TOSTADO; MARIA DE JESUS YAROSLAVA ANDRADE RIOS; ALL GREEN, S.A. de C.V., a foreign corporation; CONECCIONES AGRICOLAS S. de R.L. de C.V., a Mexican corporation;, | **[JURY TRIAL DEMANDED]** |
| Defendants. | |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

PLEASE TAKE NOTICE THAT Defendant Agustin Luis Vega Tostado hereby removes to this Court the state court action described below.

1. On or about March 31, 2010, an action was commenced in the Superior Court of the State of Arizona in and for the County of Santa Cruz, entitled *Sunfed Produce, L.L.C. v. Conrado Alberto Vega Tostado, et al.*, with case number CV-10-229. A true and correct copy of the Complaint (without exhibits) is attached hereto as Exhibit 1 (the "Complaint").

2. Defendant Agustin Luis Vega Tostado was served with process in this action on June 1, 2011 Attached hereto as Exhibit 2 is a copy of the pleadings, process and orders served on Defendant Agustin Luis Vega Tostado in the state court action.

3. This action is a civil action over which this Court has original jurisdiction under 28 USC § 1332(a)(2), and which may be removed to this Court by defendants pursuant to the provisions of 28 USC § 1441(a), because it is a civil action between citizens of a state and citizens of a foreign state, and the amount in controversy exceeds $75,000.

4. The Complaint alleges Plaintiff Sunfed Produce is a limited liability company formed under the laws of and having its principal place of business in Arizona. Exh. 1 at ¶ 1. Each of the members of Sunfed Produce is a citizen of Arizona.

5. The Complaint alleges that Defendant All Green, S.A. de C.V. is a Mexican corporation. Exh. 1 at ¶ 3. The Complaint also alleges that each of the individual defendants are residents of Mexico. Exh. 1 at ¶ 2. Each of the individual defendants was and are citizens and residents of Mexico.

6. Complete diversity between the parties exists (and existed at the time the Complaint was filed) because Plaintiff's members were and are citizens of Arizona and all of the Defendants were and are Mexican residents and citizens. See 28 USC 1332(a)(2).

7. The Complaint requests relief for Breach of Contract, seeks Declaratory Relief, and alleges Tortious Interference with Contract, Unjust Enrichment, and Fraud against the Defendants. See Exh. 1 at p. 1. The Complaint alleges that Sunfed Produce has been damaged in the amount of $551,889.19, plus interest. Exh. 1 at 4:15-17. Therefore, Plaintiff alleges damages greater than the statutory minimum amount in controversy of $75,000.

1  8. All of the other Defendants in this action consent to and join in this Removal.

2  9. A copy of this Notice of Removal has been filed with the clerk of court for Santa Cruz
3  county and served on Plaintiff Sunfed Produce, LLC.

4  10. Defendants hereby demand a jury trial.

SCUDI JOHNSON & AYERS, LLP

Date: June 29, 2011

Morgan J.C. Scudi
Attorney for Defendants