FILED
10 MAR 31 PM 12: 07
CLERK SUPERIOR
SANTA CRUZ CO.

1  Terry P. Esser, SBN 007582, PCC 16880
   LAW OFFICES OF TERRY P. ESSER, P.C.
2  3819 S. Evans Blvd., Suite 307
   Tucson, Arizona 85714
3  Phone: (520) 742-6388
   Fax: (520) 742-6399
4  Email: tesserlaw@aol.com
   Attorneys for Plaintiff

Law Offices Terry P. Esser, P.C.
3819 S. Evans Blvd., Suite 307
Tucson, Arizona 85714
(520) 742-6388

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF SANTA CRUZ

| | |
|---|---|
| SUNFED PRODUCE, L.L.C., an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CONRADO ALBERTO VEGA TOSTADO; AGUSTIN LUIS VEGA TOSTADO; MARIA DE JESUS YAROSLAVA ANDRADE RIOS; ALL GREEN, S.A. de C.V., a foreign corporation, CONECCIONES AGRICOLAS S. de R.L. de C.V., a Mexican corporation; DOES 1-5; ABC CORPORATIONS 1-5; XYZ PARTNERSHIPS 1-5,<br><br>Defendants. | NO. CV-10-229<br><br>**COMPLAINT FOR:**<br>**(1) BREACH OF WRITTEN CONTRACT;**<br>**(2) DECLARATORY RELIEF;**<br>**(3) TORTIOUS INTERFERENCE;**<br>**(4) FRAUD; and**<br>**(5) UNJUST ENRICHMENT**<br><br>Assigned to: |



Plaintiff, SunFed Produce, L.L.C., an Arizona limited liability company ("SunFed"), by and through undersigned counsel, sues the Defendants CONRADO ALBERTO VEGA TOSTADO, AGUSTIN LUIS VEGA TOSTADO, MARIA DE JESUS YAROSLAVA ANDRADE RIOS, ALL GREEN, S.A. de C.V., a foreign corporation, CONECCIONES AGRICOLAS S. de R.L. de C.V., a


S1200CV201000229

Mexican corporation, DOES 1-5, ABC CORPORATIONS 1-5, and XYZ PARTNERSHIPS 1-5, and alleges for its complaint as follows:

## PARTIES, JURISDICTION, VENUE AND ALLEGATIONS
## RELATING TO ALL COUNTS

1. SunFed Produce, L.L.C. is a limited liability company under the laws of the State of Arizona having its principal place of business in Santa Cruz County, Arizona and is authorized to do and doing business in the State of Arizona.

2. Based upon information and belief, Defendants Conrado Alberto Vega Tostado ("Vega"), Maria de Jesus Yaroslava Andrade Rios ("Maria"), Agustin Luis Vega Tostado ("Agustin") (collectively "Individual Defendants") reside in Mexico and at all material times have done business with SunFed as described below which gives rise to this action in Nogales, Arizona.

3. Defendant All Green S.A. de C.V. ("All Green") is a Mexican corporation in business since approximately May 2002 and at all material times did business in Nogales, Arizona with SunFed as described below.

4. Based upon information and belief, Defendant Conecciones Agricolas S. de R.L. de C.V. ("Agricolas") is a Mexican corporation which the Individual Defendants and/or All Green own or control and at all material times described in this Complaint have carried on the same or similar business as All Green which has given rise to this action in Nogales, Arizona.

5. The true names and capacities, whether individual, corporate, associate or otherwise, of Defendants named herein as Does 1-5, ABC Corporations 1-5 and XYZ Partnerships 1-5, inclusive, are unknown to SunFed at this time. SunFed, therefore, sues said Defendants by such fictitious names. When the true names and capacities of said Defendants are ascertained, SunFed will seek leave to amend this Complaint, accordingly. SunFed is informed and believes and thereon alleges that each of Defendants designated herein as a Doe, ABC or XYZ defendant is responsible in some manner for the acts herein alleged.

6. The Individual Defendants, and each of them, upon information and belief, were the

agents, owners, shareholders, employees, partners and/or otherwise controlled one or both of All Green and Agricolas and in doing the things herein described were acting within the course and scope of their authority as such agents, owners, shareholders, employees and/or partners.

7. Jurisdiction and venue are appropriate as SunFed and Defendants agreed to do business together in Nogales, Arizona, and at all material times did the business together in Nogales, Arizona, which business gave rise to this action.

8. The amount in controversy exceeds the minimum jurisdictional requirements.

9. Relevant acts as set forth below occurred in part in Santa Cruz County, Arizona and Defendants have had sufficient minimum contacts with the State of Arizona and in particular Santa Cruz County and have contractually or otherwise agreed to jurisdiction of this action in Santa Cruz County, Nogales, Arizona.

10. SunFed has hired attorneys to represent it in this matter and is entitled to recover its attorneys' fees and costs pursuant to contract and/or A.R.S. § 12-341.01, *et seq.*

11. SunFed is engaged in the business of financing, selling and distributing perishable agricultural commodities grown by growers, such as Defendants, primarily in Mexico. Typically, SunFed advances monies to growers to facilitate the planting, harvesting, picking and packing and shipment of the grower's produce. The growers then ship their produce to SunFed in the United States. SunFed sells the produce in exchange for receipt of a commission and handling charge, collects the proceeds, deducts its commission, handling charge, loan advances and any other money owed SunFed and remits the balance, if any, to the grower. Any negative balance owed SunFed is payable by the grower to SunFed at the end of the season.

12. On or about June 27, 2008, SunFed on the one hand and All Green and the Individual Defendants as "Grower" on the other hand entered into the SunFed Marketing Agreement (Green Bean) in Santa Cruz County, Arizona whereby Grower agreed to plant, grow, harvest and ship to SunFed 600 hectares of green beans for distribution and sale by SunFed (the "Green Bean Agreement"). SunFed agreed to advance monies to All Green and the Individual Defendants and pay certain expenses on

- 3 -

behalf of All Green and the Individual Defendants all of which were to be repaid by All Green and the Individual Defendants no later than July 31, 2009. A true and correct copy of the Green Bean Agreement is attached hereto and incorporated herein by reference as Exhibit "A".

13. On or about June 27, 2008, SunFed on the one hand and all Green and the Individual Defendants as "Grower" on the other hand entered into the SunFed Marketing Agreement (Grape Tomato and Zucchini) whereby Grower agreed to plant, grow, harvest and ship to SunFed 112 hectares of grape tomatoes and zucchini squash for distribution and sale by SunFed ("Tomato/Zucchini Agreement"). SunFed agreed to advance monies to All Green and the Individual Defendants and pay certain expenses on behalf of All Green and the Individual Defendants, all to be repaid by July 31, 2009. A true and correct copy of the Tomato/Zucchini Agreement is attached hereto and incorporated herein by reference as Exhibit "B".

14. Pursuant to the Green Bean and Tomato/Zucchini Agreements (collectively the "Agreements"), SunFed advanced approximately One Million Two Hundred Forty-Seven Thousand Nine Hundred Ninety Three and 00/100 Dollars ($1,247,993.00).

15. As of August 17, 2009, after all offsets, All Green and the Individual Defendants owe SunFed for the advances in the sum of approximately Five Hundred Fifty-One Thousand Eight Hundred Eighty-Nine and 19/100 Dollars ($551,889.19), plus interest and other than costs.

16. On August 17, 2009, SunFed made demand on All Green and the Individual Defendants for payment due under the Agreements in the amount of Five Hundred Fifty-One Thousand Eight Hundred Eighty-Nine and 19/100 Dollars ($551,889.19), plus interest at the Contract default rate of 12% per annum.

17. As of the date of filing this Complaint, Defendants have refused to pay the amount due and owing.

## COUNT ONE

### (Breach of the Agreements)

18. SunFed realleges and incorporates by reference the allegations of paragraphs 1-17 above.

- 4 -

19. In breach of the Agreements, All Green, Agricolas and the Individual Defendants owe SunFed the approximate amount of Five Hundred Ninety-One Thousand Two Hundred Sixty-One and 67/100 Dollars ($591,261.67) as of March 22, 2010, plus interest accumulating thereon at the rate of 12% per annum compounded monthly for monies advanced to the Defendants in the 2008-2009 growing season and which remains unpaid.

20. Defendants All Green, Agricolas and the Individual Defendants have breached their contractual obligations to SunFed by their action or inactions, including; but without limitation, as follows:

   A. Not timely repaying sums owed under the Agreements and including promissory notes and guarantees signed by the Individual Defendants contained in the Agreements; and

   B. Not planting some or all of the green bean, grape tomato and/or zucchini squash acreage required by the Agreements; and

   C. Not distributing and selling produce grown by Defendants for the 2009-2010 produce season exclusively with SunFed under the exclusive five year distribution agreement with SunFed as required in the Agreements; and

   D. Failure to actually own some or all of the land comprising the "Farm", and packing shed and equipment as described and represented in the Agreements.

21. Defendants' breaches caused SunFed to suffer damages, including but not limited to, the repayment of monies advanced as described above, lost sales and profits due to SunFed's inability to deliver quantity and quality of produce required by the Agreements and lost business with the customers of SunFed and for other and further damages as shall be determined at trial.

22. Pursuant to the Agreements and/or A.R.S. § 12-341.01 or other applicable statute, SunFed is entitled to its attorneys' fees and costs incurred herein.

23. Pursuant to the Agreements or related exhibits, SunFed is entitled to the contract rate of interest and/or statutory/legal rate of interest on any sums due and owing calculated from the date

all or any portion of said sum became due and owing until paid in full.

WHEREFORE, SunFed prays for judgment against All Green and Individual Defendants as follows:

    A.    For the minimum approximate sum of Five Hundred Ninety-One Thousand Two Hundred Sixty-One and 67/100 Dollars ($591,261.67) as of March 22, 2010, plus interest thereon at the legal or contract rate, whichever is higher, from the date all or any portion of said sum became due until paid in full;

    B.    For SunFed's attorney's fees and costs incurred herein plus interest at the legal or contract rate from the date of judgment until paid in full;

    C.    For such other damages as shall be proven at trial and further relief as this court deems just and proper.

## COUNT TWO

### (Declaratory Relief Conecciones Agricolas S. de R.L. de C.V.)

24. SunFed realleges and incorporates by reference the allegations of paragraphs 1-23 above.

25. An actual controversy exists over whether Agricolas is a mere continuation of the Individual Defendants and All Green, and if so, then whether Agricolas should be found liable for their actions and debts pursuant to the doctrine of successor liability, alter-ego, and the Uniform Fraudulent Conveyance Act.

26. Based upon information and belief, the Defendants who signed the Agreements conspired to circumvent the exclusive sale and distribution rights of SunFed in the Agreements by transferring assets to Agricolas for insufficient consideration, and by using those assets to grow and ship produce to distributors in the United States other than SunFed during the 2009-2010 produce season.

27. Shortly before the start of the 2009-2010 season, Wal-Mart (a customer of SunFed introduced to Defendants by SunFed) created a spreadsheet titled "Walmart – Mex Veg," which provides, in pertinent part, as follows:

- 6 -

| BEANS GREEN | ALL GREEN (CONECCIONES AGRICOLAS) |
| SQUASH YELLOW | ALL GREEN (CONECCIONES AGRICOLAS) |
| SQUASH ZUCCHINI | ALL GREEN (CONECCIONES AGRICOLAS) |
| SQUASH CALABACITA | ALL GREEN (CONECCIONES AGRICOLAS) |
| TOMATOES ORG GRAPE | ALL GREEN (CONECCIONES AGRICOLAS) |
| TOMATOES GRAPE | ALL GREEN (CONECCIONES AGRICOLAS) |

Based upon information and belief, Wal-Mart used the description of "All Green (Conecciones Agricolas)" because the Defendants told them to list it that way since All Green and Conecciones Agricolas were the same business.

28. The similarities between the farming operation of All Green and the Individual Defendants in the 2008-2009 growing season and Agricolas and the Individual Defendants in the 2009-2010 growing season include:

    A. The same crops grown for SunFed in the 2008-2009 growing season are grown in the 2009-2010 growing season and in the same fields;

    B. Agricolas uses the All Green packing house located in Culiacan (called "Santa Aurora Empaque office located at Avenida Nocilas Bravo #2001 Sur, Col. Nuevo Culiacan, Culiacan, Sinaloa, MX;

    C. Agricolas uses the same office and business address and same phone numbers as All Green;

    D. Agricolas employs the same people in the same management role as did All Green;

    E. Agricolas uses the same equipment and seed varieties as did All Green; and

    F. Agricolas uses the same freight company ("Autotransportes Refrigerados Verdugo") to ship produce.

29. Based upon information and belief, the Defendants who signed the Agreements and Agricolas are a mere continuation or alter-ego of one another.

- 7 -

30. There is a bona fide, actual, and present dispute and practical need for a declaration as to whether Agricolas is a mere continuation of the Individual Defendants and All Green, and if so, then whether it should be found liable for their actions, obligations and debts pursuant to the doctrine of successor liability, alter-ego, the Uniform Fraudulent Conveyance Act or otherwise.

WHEREFORE, SunFed prays for judgment against Agricolas as follows:

A. For the minimum approximate sum of Five Hundred Ninety-One Thousand Two Hundred Sixty-One and 67/100 Dollars ($591,261.67) as of March 22, 2010, plus interest thereon at the legal or contract rate, whichever is higher, from the date all or any portion of said sum became due until paid in full;

B. For SunFed's attorney's fees and costs incurred herein plus interest at the legal or contract rate from the date of judgment until paid in full;

C. For such other damages as shall be proven at trial and further relief as this court deems just and proper.

## COUNT THREE

### (Tortious Interference by Conecciones Agricolas S. de R.L., All Green and the Individual Defendants)

31. SunFed realleges and incorporates by reference the allegations of paragraphs 1-30 above.

32. Agricolas, All Green and the Individual Defendants knew of the Agreements.

33. The Defendants interfered with the Agreements and conspired with each other not to honor those Agreements, and allowed the Individual Defendants and All Green not to honor those Agreements by obtaining All Green's assets without sufficient consideration, using the assets to grow crops in the 2009-2010 produce growing season and sold and distributed this produce through distributors in the United States other than SunFed.

34. Defendants' tortious interference with the Agreements was intentional and unjustified and resulted in damages to SunFed, all in an amount to be proven at trial.

WHEREFORE, SunFed prays for judgment against Defendants as follows:

- 8 -

A. For the minimum approximate sum of Five Hundred Ninety-One Thousand Two Hundred Sixty-One and 67/100 Dollars ($591,261.67) as of March 22, 2010, plus interest thereon at the legal or contract rate, whichever is higher, from the date all or any portion of said sum became due until paid in full;

B. For SunFed's attorney's fees and costs incurred herein plus interest at the legal or contract rate from the date of judgment until paid in full;

C. For such other damages as shall be proven at trial and further relief as this court deems just and proper.

## COUNT FOUR

### (Unjust Enrichment)

35. SunFed realleges and incorporates by reference the allegations of paragraphs 1-34 above.

36. All Green and the Individual Defendants received a benefit in the form of monies and/or goods in the value of Five Hundred Ninety-One Thousand Two Hundred Sixty-One and 67/100 Dollars ($591,261.67) as of March 22, 2010, which was conferred by SunFed upon All Green and the Individual Defendants.

37. Since Agricolas is the successor-in-interest or alter ego to All Green or All Green is doing business as Agricolas, Agricolas received a benefit in the form of monies and/or goods in the value of Five Hundred Ninety-One Thousand Two Hundred Sixty-One and 67/100 Dollars ($591,261.67) as of March 22, 2010, which was conferred by SunFed upon Agricolas.

38. Despite demand therefore, Defendants have failed and refused to repay SunFed Five Hundred Ninety-One Thousand Two Hundred Sixty-One and 67/100 Dollars ($591,261.67), the remaining balance of the advances, and in so doing have been unjustly enriched.

39. Defendants are required to make restitution to SunFed for the sum of Five Hundred Ninety-One Thousand Two Hundred Sixty-One and 67/100 Dollars ($591,261.67) as of March 22, 2010.

WHEREFORE, SunFed prays for judgment against Defendants as follows:

A. For the minimum approximate sum of Five Hundred Ninety-One Thousand Two

Hundred Sixty-One and 67/100 Dollars ($591,261.67) as of March 22, 2010, plus interest thereon at the legal or contract rate, whichever is higher, from the date all or any portion of said sum became due until paid in full;

B. For SunFed's attorney's fees and costs incurred herein plus interest at the legal or contract rate from the date of judgment until paid in full;

C. For such other damages as shall be proven at trial and further relief as this court deems just and proper.

## COUNT FIVE

### (Fraud)

40. SunFed realleges and incorporates by reference the allegations of paragraphs 1-39 above.

41. All Green and the Individual Defendants represented to SunFed that one or all of them owned the land which is identified as the "Farm" in the Agreements.

42 By entering into the Agreements, All Green and the Individual Defendants represented to SunFed that they would ship all produce grown on the "Farm" as that land is identified in the Agreement exclusively to SunFed for a five (5) year period, ending July 31, 2013.

43 By entering into the Agreements, All Green and the Individual Defendants represented to SunFed that they would repay the monies advanced by SunFed to All Green and the Individual Defendants.

44 All Green and the Individual Defendants intended for SunFed to rely on the representations they made to SunFed.

45 SunFed relied on the representations made to it by All Green and the Individual Defendants.

46 SunFed had a right to rely on the representations made to it by All Green and the Individual Defendants.

47. All Green and the Individual Defendants have failed and refused to ship all produce grown on the Farm exclusively to SunFed.

48. All Green and the Individual Defendants have failed and refused to repay the monies

SunFed advanced to them pursuant to the Agreements and Notes.

49. All Green and the Individual Defendants representations concerning the ownership of the land which is identified as the "Farm", the packing shed and equipment in the Agreements were false and material.

50. All Green and the Individual Defendants representations concerning the exclusive shipping of produce to SunFed for five (5) years were false and material.

51. All Green and the Individual Defendants representations regarding repayment of the monies advanced to them by SunFed were false and material.

52. SunFed has been harmed by All Green and the Individual Defendants misrepresentations in that it would not have entered into the Agreements and advanced monies if it knew the representations were false and if it knew that All Green and the Individual Defendants would incorporate and/or begin doing business as Agricolas and circumvent SunFed.

53. All Green and the Individual Defendants have committed actionable fraud.

54. SunFed has been damaged in the amount of not less than Five Hundred Ninety-One Thousand Two Hundred Sixty-One and 67/100 Dollars ($591,261.67) as of March 22, 2010, plus damages for lost business with its customers, lost profits, compensatory and other special damages, all in an amount to be proven at trial.

55. This action arises out of a contract between the parties entitling SunFed to an award of its reasonable attorneys' fees and costs.

WHEREFORE, SunFed prays for judgment against All Green and the Individual Defendants as follows:

A. For the minimum approximate sum of Five Hundred Ninety-One Thousand Two Hundred Sixty-One and 67/100 Dollars ($591,261.67) as of March 22, 2010, plus interest thereon at the legal or contract rate, whichever is higher, from the date all or any portion of said sum became due until paid in full;

B. For SunFed's attorney's fees and costs incurred herein plus interest at the legal or contract rate from the date of judgment until paid in full;

C. For such other damages as shall be proven at trial and further relief as this court deems just and proper.

DATED this 31 day of March, 2010.

                        LAW OFFICES OF TERRY P. ESSER, P.C.

                        By: _____
                             Terry P. Esser
                             Attorneys for Plaintiff

STATE OF ARIZONA ) ss.
County of Santa Cruz )

The foregoing instrument is a full, true, and correct copy of the original on file in this office.

Attested 02/17/11

Juan Pablo Guzman Clerk
By _____ Deputy
Alma Parra



- 12 -

## VERIFICATION

STATE OF ARIZONA         )
                         ) ss.
COUNTY OF SANTA CRUZ     )

I, Daniel J. Mandel, being first duly sworn, depose and say:

I am the Trustee of the Daniel/Marciela Living Trust which is a Member of SunFed Produce, L.L.C., and Plaintiff in the above-entitled action and am authorized to make this verification on behalf of the company. I have read the foregoing Complaint and the matters stated therein are true of my own knowledge, except those matters which are stated upon information and belief, and I believe them to be true.

_____
DANIEL J. MANDEL

SUBSCRIBED AND SWORN to before me on the 31 day of March, 2010, by Daniel J. Mandel as Trustee of Daniel;/Marciela Trust, a Member of SunFed Produce, L.L.C.

_____
Notary Public

My commission expires: 10-18-2012


TRANNIE L HARMON
NOTARY PUBLIC - ARIZONA
PIMA COUNTY
My Comm. Exp.: October 18, 2012


JUZGADO QUINTO DE 1ra. INSTANCIA DEL RAMO CIVIL CULIACAN, SIN

- 13 -